V. PARLANGE & CO. *v.* H. PARLANGE & CO.—MRS. D. DEBAT, Warrantor.

In redhibitory actions, the conjectural opinions of physicians without any *post mortem* examination, are not of themselves sufficient evidence to establish the origin of the disease of which the slave died.

APPEAL from the Sixth District Court of New Orleans, *Howell*, J.

*W. B. Koontz* and *A. P. Avegno*, for plaintiffs and appellants. *W. H. Hunt & Dénègre*, for warrantor. *L. Castera*, for defendants.

VOORHIES, J. The ground upon which the plaintiffs base their action in redhibition, is that, at the date of the sale, the slave was afflicted with tubercular consumption.

The only evidence upon this subject, is the conjectural opinion of physicians, two of whom had given medical attention to the slave during his illness. There was no *post mortem* examination.

3

On the other hand it appears that the slave previously to, and at the date of the sale, enjoyed, to all appearances, remarkably good health. Nor does it appear at what time, after the sale, the first symptoms of the disease became manifest. Under these circumstances the speculative opinions of the physicians, who attended the slave during his last illness, are not of themselves sufficient to establish the precise origin of the disease. *Dupré* v. *Demarest*, 5 A. 592 ; *Stackhouse* v. *Kendall*, 7 A. 670 ; *Williams* v. *Talbot*, 12 A. 408.

Judgment affirmed.